| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tracy Barrett | 3/7/1966 | CA | Eastern District of California | No | City of Clovis (CA1010003) | No | Thyroid Cancer | 1-9 |
| 2 | Leland Elliott | 8/15/1940 | WA | Northern District of Mississippi | No | City Of Olive Branch (MS0170015) | No | Liver Cancer | 1-9 |
| 3 | Margaret H Elwood | 3/6/1934 | NC | Northern District of New York | No | Schenectady City Water Works (NY4600070) | No | Kidney Cancer | 1-9 |
| 4 | Carlos Figarella | 12/20/1955 | TX | District of South Carolina | No | City Of North Augusta (SC0210003) | No | Kidney Cancer | 1-9 |
| 5 | Rosalba Figueroa | 9/11/1974 | TX | Northern District of Georgia | No | Dalton Utilities (GA3130000) | No | Ulcerative Colitis | 1-9 |
| 6 | Ronald Fletcher Jr | 10/11/1957 | FL | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Kidney Cancer | 1-9 |
| 7 | Michael Forsyth | 10/14/1960 | TX | District of Alaska | No | Golden Heart Utilities (AK2310730) | No | Kidney Cancer | 1-9 |
| 8 | Jacob Freeby | 12/22/1981 | TX | Southern District of California | No | Camp Pendleton (North) (CA3710700) | No | Testicular Cancer | 1-9 |
| 9 | Carrie Fritz-Gentry | 5/15/1972 | OK | Western District of Oklahoma | No | Murfreesboro Water Department (TN0000491) | No | Kidney Cancer | 1-9 |
| 10 | Luis Garcia | 7/31/2001 | MD | Central District of California | No | East Valley Water District (CA3610064) | No | Testicular Cancer | 1-9 |
| 11 | Robert Garcia | 6/15/1975 | KS | District of New Mexico | No | Epcor Water New Mexico Inc. Clovis (NM3527305) | No | Testicular Cancer | 1-9 |
| 12 | Charlie C Gatewood Jr. | 1/18/1956 | NC | Central District of California | Yes | Ontario Municipal Utilities Company (CA3610034) | No | Testicular Cancer | 1-9 |
| 13 | Nicholas Giampietro III | 4/16/1987 | NC | Middle District of Florida | No | VC/SOUTHWEST WATER SYSTEM (FL3641336) | No | Testicular Cancer | 1-9 |
| 14 | Jeffrey Gilbertson | 8/24/1956 | AL | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |
| 15 | Justin Gipson | 3/5/1968 | WA | Middle District of Alabama | No | Phenix City Utilities (AL0001142) | No | Kidney Cancer | 1-9 |
| 16 | John Glavin | 6/9/1966 | SC | Western District of New York | No | Monroe County Water Authority (NY2701047) | No | Kidney Cancer | 1-9 |
| 17 | Jonathan M Goehring | 12/5/1991 | OK | District of Hawaii | No | Honolulu-Windward-Pearl Harbor Water Company (HI0000331) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 18 | David Gomez Jr. | 12/7/1959 | AZ | Central District of California | No | Montebello Land & Water Co. (CA1910091) | No | Liver Cancer | 1-9 |
| 19 | Gilbert Gomez Jr. | 3/12/1976 | MO | Northern District of Texas | No | City of Irving (TX0570050) | No | Kidney Cancer | 1-9 |
| 20 | Irma Gomez | 9/15/1969 | TX | Southern District of New York | No | Ossining Water Department (NY5903451) | No | Kidney Cancer | 1-9 |
| 21 | Felix Gonzalez | 2/28/1945 | PR | District of New Jersey | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Kidney Cancer | 1-9 |
| 22 | Elaine Goolsby | 11/14/1956 | TX | Eastern District of Michigan | No | Harrison Township (MI0003040) | No | Kidney Cancer | 1-9 |
| 23 | Nicholas Graczyk | 6/19/1967 | AZ | Central District of California | No | City Of Garden Grove (CA3010062) | No | Kidney Cancer | 1-9 |
| 24 | Sandra M. Greenstein | 10/19/1963 | GA | Middle District of Georgia | No | Willingboro Municipal Authorities (NJ0338001) | No | Kidney Cancer | 1-9 |
| 25 | Micah Greer | 9/29/1983 | MO | Eastern District of Missouri | No | City Of Austin Water And Wastewater (TX2270001) | No | Kidney Cancer | 1-9 |
| 26 | Grady Griggs Jr | 9/4/1951 | TN | Northern District of Georgia | No | Dalton Utilities (GA3130000) | No | Testicular Cancer | 1-9 |
| 27 | Donald P Grogg | 8/13/1980 | WV | Northern District of West Virginia | No | Palm Springs, Village Of (FL4501058) | No | Testicular Cancer | 1-9 |
| 28 | Joanna Haley | 2/9/1961 | OK | Northern District of Texas | No | City Of Arlington (TX2200001) | No | Ulcerative Colitis | 1-9 |
| 29 | Roxanne Hanks | 8/9/1959 | FL | Southern District of Alabama | No | Perdido Bay Water, Sewer & Fpa (AL0001490) | No | Ulcerative Colitis | 1-9 |
| 30 | Brenda Hasberry | 4/23/1957 | AL | Northern District of Alabama | No | Kalamazoo (MI0003520) | No | Kidney Cancer | 1-9 |
| 31 | William Hauerwas | 1/6/1983 | MO | Western District of Missouri | No | Russell County Water Authority (AL0001145) | No | Testicular Cancer | 1-9 |
| 32 | Eric Hefner | 12/19/1964 | MO | Western District of Missouri | No | MOA Municipality of Anchorage (AK2210906) | No | Kidney Cancer | 1-9 |
| 33 | Timothy Henwood | 7/18/1959 | OH | Middle District of Florida | No | Hernando County Utilities - West (FL6277059) | No | Testicular Cancer | 1-9 |
| 34 | Gerardo Hernandez | 2/10/1972 | CO | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 35 | Saul Hernandez | 8/22/1981 | WY | District of Wyoming | No | Dallas Water Utility (TX0570004) | No | Ulcerative Colitis | 1-9 |
| 36 | Mary Herriman | 7/29/1959 | VT | District of Vermont | No | Kennebec Water District (ME0090750) | No | Kidney Cancer | 1-9 |
| 37 | Coy Hibbert | 8/16/1976 | ID | District of Idaho | No | City of Raleigh (NC0392010) | No | Testicular Cancer | 1-9 |
| 38 | Gloria Hicks | 1/25/1951 | NJ | Eastern District of New York | No | Village of Hempstead (NY2902827) | No | Kidney Cancer | 1-9 |
| 39 | Kenneth Hines | 11/7/1967 | MS | Southern District of West Virginia | No | St Albans Water (WV3302031) | No | Kidney Cancer | 1-9 |
| 40 | Casey Hogan | 12/8/1988 | ID | District of Idaho | No | Seattle Public Utilities (WA5377050) | No | Kidney Cancer | 1-9 |
| 41 | Mark Holman II | 10/7/1976 | TX | Northern District of Alabama | No | Decatur Board of Municipal Utilities (AL0001084) | No | Kidney Cancer | 1-9 |
| 42 | Angelina Hopson | 9/4/1962 | OH | Northern District of Ohio | No | Washington Suburban Sanitary Commission (MD0150005) | No | Kidney Cancer | 1-9 |
| 43 | Brian Housewright | 5/6/1983 | OK | Eastern District of Tennessee | No | Bloomingdale Utility District (TN0000056) | No | Kidney Cancer | 1-9 |
| 44 | Austin Humphrey | 6/26/1990 | IN | Middle District of North Carolina | No | City of Durham (NC0332010) | No | Testicular Cancer | 1-9 |
| 45 | Melanie Hyde | 2/22/1959 | TX | Southern District of Alabama | No | Mobile Board Of Water And Sewer Comm (AL0001005) | No | Kidney Cancer | 1-9 |
| 46 | Tracy Icenhour | 7/19/1969 | NC | Southern District of Georgia | No | Hinesville (GA1790000) | No | Kidney Cancer | 1-9 |
| 47 | Jesus Islas | 2/6/1962 | TX | Southern District of California | No | Sweetwater Authority (CA3710025) | No | Kidney Cancer | 1-9 |
| 48 | Kyle Iverson | 4/15/1994 | FL | Central District of California | No | City of Newport Beach (CA3010023) | No | Testicular Cancer | 1-9 |
| 49 | Charles Jackson | 12/4/1981 | CO | District of Colorado | No | La Crosse Water Works (WI6320309) | No | Testicular Cancer | 1-9 |
| 50 | Raven Jackson | 4/24/1981 | LA | Western District of Louisiana | No | Tuskegee Utilities Board (AL0000870) | No | Ulcerative Colitis | 1-9 |
| 51 | Colleen Jacobs | 3/18/1956 | SC | Northern District of Georgia | No | Dalton Utilities (GA3130000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 52 | Robert Jacobs | 10/28/1944 | FL | Southern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 53 | Lisa Janoe | 8/23/1960 | MS | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 54 | Amy Jaynes | 5/31/1972 | AL | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Thyroid Cancer | 1-9 |
| 55 | Clyde Jefferson Jr. | 5/27/1960 | MS | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 56 | Thomas Jiries | 11/17/1992 | SC | District of South Carolina | No | OCWA (NY3304336) | No | Ulcerative Colitis | 1-9 |
| 57 | Charles Johnson | 10/5/1942 | TN | Eastern District of Tennessee | No | City of Norfolk (VA3710100) | No | Kidney Cancer | 1-9 |
| 58 | Christopher Johnson | 6/30/1982 | NE | District of Colorado | No | City of Thornton (CO0101150) | No | Testicular Cancer | 1-9 |
| 59 | Geoffrey Johnson | 6/4/1957 | TX | Western District of Missouri | No | Gladstone Pws (MO1010307) | No | Kidney Cancer | 1-9 |
| 60 | Judith Johnson | 4/10/1962 | TN | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Kidney Cancer | 1-9 |
| 61 | Zachary Johnson | 8/8/1987 | WA | District of Hawaii | No | Wahiawa (HI0000333) | No | Testicular Cancer | 1-9 |
| 62 | Marcus Keamoai-Barnes | 11/5/1970 | HI | Eastern District of California | No | Bakman Water Company California (CA1010001) | No | Testicular Cancer | 1-9 |
| 63 | Tommy Kelly | 7/7/1959 | OK | Northern District of Texas | No | City Of Arlington (TX2200001) | No | Kidney Cancer | 1-9 |
| 64 | Michael T Keohan | 7/16/1960 | ME | Southern District of Florida | No | City of Margate (FL4060845) | No | Testicular Cancer | 1-9 |
| 65 | James King | 10/12/1947 | TX | Southern District of Florida | No | Boca Raton Wtp (FL4500130) | No | Kidney Cancer | 1-9 |
| 66 | Leon Krupsky IV | 10/8/1990 | TX | Eastern District of California | No | El Dorado Id - Main;Placerville, City Of - Main (CA0910001) | No | Testicular Cancer | 1-9 |
| 67 | Kimberly Kynard White | 3/20/1964 | TX | Central District of California | No | Compton City Water Department (CA1910026) | No | Kidney Cancer | 1-9 |
| 68 | Evan Landry | 7/18/1981 | TN | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 69 | Russel Lawrence | 8/4/1958 | SC | Southern District of California | No | Sweetwater Authority (CA3710025) | No | Kidney Cancer | 1-9 |
| 70 | J Lena | 5/9/1966 | OK | Western District of Oklahoma | No | Covington Water District (WA5341650) | No | Kidney Cancer | 1-9 |
| 71 | James Litsey | 9/16/1983 | LA | Middle District of Louisiana | No | Mobile Board Of Water And Sewer Comm (AL0001005) | No | Testicular Cancer | 1-9 |
| 72 | Charles Lund | 5/31/1976 | OH | Southern District of California | No | Camp Pendleton (North) (CA3710700) | No | Testicular Cancer | 1-9 |
| 73 | Jeffrey Allen Luse | 11/16/1962 | AK | Southern District of Florida | No | Miramar Public Utilities (FL4060925) | No | Kidney Cancer | 1-9 |
| 74 | Shelle Lutke | 8/21/1962 | OK | Middle District of Alabama | No | Prattville Water Works (AL0000017) | No | Kidney Cancer | 1-9 |
| 75 | Wendy Lytle | 4/22/1975 | TN | Central District of California | No | City of Whittier Water Department (CA1910173) | No | Kidney Cancer | 1-9 |
| 76 | Frank Manzo | 11/4/1973 | FL | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Kidney Cancer | 1-9 |
| 77 | Michael Margolies | 11/15/1963 | NC | Southern District of Florida | No | City of Fort Lauderdale (FL4060486) | No | Testicular Cancer | 1-9 |
| 78 | Jonathan Mason | 12/31/1972 | VT | District of Vermont | No | Titusville, City Of (FL3051367) | No | Testicular Cancer | 1-9 |
| 79 | Kevin Eugene Masters | 6/5/1962 | OH | Middle District of Florida | No | Naples Water Department (FL5110198) | No | Kidney Cancer | 1-9 |
| 80 | Melissa Mauchenheimer | 7/25/1974 | MO | Eastern District of Missouri | No | Decatur Board of Municipal Utilities (AL0001084) | No | Kidney Cancer | 1-9 |
| 81 | Kayla McCleary | 4/9/1990 | GA | Northern District of Georgia | No | Prattville Water Works (AL0000017) | No | Kidney Cancer | 1-9 |
| 82 | Linda Mcclure Hammons | 7/22/1950 | NC | Eastern District of North Carolina | No | Arlington County (VA6013010) | No | Kidney Cancer | 1-9 |
| 83 | Byron Mcdaniel Jr | 4/21/1964 | CO | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 84 | Karen Mcginty | 2/16/1948 | TX | Eastern District of California | No | City of Clovis (CA1010003) | No | Kidney Cancer | 1-9 |
| 85 | Craig McLean | 8/10/1961 | OH | Northern District of Ohio | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 86 | James Mcnew | 11/29/1956 | VA | District of Maryland | No | City of Salisbury (MD0220004) | No | Kidney Cancer | 1-9 |
| 87 | John Melton | 3/11/1956 | LA | Western District of Louisiana | No | City of Grand Rapids Water System (MI0002790) | No | Kidney Cancer | 1-9 |
| 88 | Micheal Miller | 2/24/1958 | MO | District of Oregon | No | City Of Milwaukie (OR4100528) | No | Kidney Cancer | 1-9 |
| 89 | Earl Mitchell | 7/14/1961 | TX | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| 90 | Mark Mitchell | 7/18/1959 | MO | Western District of Kentucky | No | Paducah Water Works (KY0730533) | No | Kidney Cancer | 1-9 |
| 91 | Scott Moles | 8/30/1964 | OK | Middle District of Florida | No | West Side Consolidated (FL6421144) | No | Kidney Cancer | 1-9 |
| 92 | Joey Alfred Montoya | 11/28/1979 | UT | Eastern District of California | No | South San Joaquin Irrigation District;Manteca, City Of (CA5010040) | No | Testicular Cancer | 1-9 |
| 93 | Lawrence Moore | 9/7/1962 | NV | Western District of New York | No | Monroe County Water Authority (NY2701047) | No | Kidney Cancer | 1-9 |
| 94 | Patricia Moore | 6/14/1952 | SC | Southern District of West Virginia | No | WVAWC - Huntington District (WV3300608) | No | Kidney Cancer | 1-9 |
| 95 | Jose A Morales | 9/19/1976 | NE | Central District of California | No | Suburban Water Systems - Sativa (CA1910147) | No | Testicular Cancer | 1-9 |
| 96 | D'anna Moran | 11/29/1972 | OH | Western District of Michigan | No | Kalamazoo (MI0003520) | No | Kidney Cancer | 1-9 |
| 97 | Edward D. Morehouse | 1/22/1956 | FL | Eastern District of Pennsylvania | No | Aqua PA - Hatboro (PA1460028) | No | Kidney Cancer | 1-9 |
| 98 | Steven Morgan | 8/30/1988 | FL | Middle District of Georgia | No | Jones County (GA1690002) | No | Testicular Cancer | 1-9 |
| 99 | Paul Mortensen | 4/8/1994 | OH | Middle District of Florida | No | Orlando Utilities Commission (FL3480962) | No | Testicular Cancer | 1-9 |
| 100 | William Murphree | 4/19/1976 | LA | Western District of Louisiana | No | Albertville Utilities Board (AL0000933) | No | Testicular Cancer | 1-9 |
| 101 | Tyler Neuman | 5/14/1991 | FL | District of Minnesota | No | Hastings, MN (MN1190012) | No | Testicular Cancer | 1-9 |
| 102 | Michael Nichols | 9/2/1965 | TX | Central District of California | No | Glendale-City, Water Dept. (CA1910043) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 103 | Perry Leon Noble Sr. | 3/16/1951 | NC | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 104 | Morgan Nowlen | 5/9/1978 | VA | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Testicular Cancer | 1-9 |
| 105 | Amanda O'Brien | 10/5/1978 | IA | Southern District of Iowa | No | City Of Sanford (FL3590205) | No | Ulcerative Colitis | 1-9 |
| 106 | Lisa Odierno | 9/12/1985 | NJ | Southern District of New York | No | Veolia Water New York (NY4303673) | No | Ulcerative Colitis | 1-9 |
| 107 | Eddy Oliver | 11/21/1962 | TX | Southern District of Florida | No | City Of Miami Beach (FL4130901) | No | Kidney Cancer | 1-9 |
| 108 | Roderick Orr | 7/10/1975 | AL | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 109 | Eugenia Papaderos | 9/23/1960 | UT | Central District of California | No | Redlands City MUD-Water Division (CA3610037) | No | Kidney Cancer | 1-9 |
| 110 | Calvin Paries | 2/24/1962 | CO | Northern District of Georgia | No | Dalton Utilities (GA3130000) | No | Testicular Cancer | 1-9 |
| 111 | Charles Parris | 10/31/1963 | TN | Northern District of Georgia | No | Chatsworth (GA2130000) | No | Kidney Cancer | 1-9 |
| 112 | Darren Parzow | 8/29/1971 | VA | District of Maryland | No | Washington Suburban Sanitary Commission (MD0150005) | No | Kidney Cancer | 1-9 |
| 113 | Jason Pate | 4/6/1976 | OH | Western District of North Carolina | No | Franklin, Town Of (NC0157010) | No | Kidney Cancer | 1-9 |
| 114 | Dale Patterson | 3/17/1960 | MO | Western District of Missouri | No | Rockingham, City Of (NC0377015) | No | Ulcerative Colitis | 1-9 |
| 115 | Rodney Peregoy | 12/9/1953 | TX | Eastern District of California | No | City Of Red Bluff (CA5210004) | No | Kidney Cancer | 1-9 |
| 116 | Dennis Perine | 9/12/1958 | MO | Eastern District of California | No | City of Modesto (CA5010010) | No | Kidney Cancer | 1-9 |
| 117 | Michael Petran | 12/16/1964 | FL | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Kidney Cancer | 1-9 |
| 118 | Richard Pilkington | 11/15/1988 | SC | Northern District of Alabama | No | Birmingham Water Works (AL0000738) | No | Testicular Cancer | 1-9 |
| 119 | Matthew Powell | 12/23/2000 | AK | District of Alaska | No | Pataskala City (OH4502512) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 120 | David Preston | 10/21/1978 | IA | Central District of Illinois | No | Edgington Water District (IL1615550) | No | Testicular Cancer | 1-9 |
| 121 | Samuel Presutti | 1/10/1956 | NH | Middle District of Georgia | Yes | Columbus Water Works (GA2150000) | No | Ulcerative Colitis | 1-9 |
| 122 | Charles Price Jr. | 10/18/1942 | NC | Central District of California | No | Santa Clarita Valley W.A. - Santa Clarita (CA1910017) | No | Kidney Cancer | 1-9 |
| 123 | Helen Pruett | 4/11/1948 | TN | Eastern District of Tennessee | No | Rural Retreat, Town Of (VA1197700) | No | Kidney Cancer | 1-9 |
| 124 | Connie Ramos | 12/31/1959 | OH | Eastern District of Kentucky | No | Ashland Water Works (KY0100011) | No | Kidney Cancer | 1-9 |
| 125 | Gerald Ramsey | 1/1/1970 | FL | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 126 | Christy Ranlett | 8/6/1985 | NC | Southern District of Florida | No | Riviera Beach Utility District (FL4501229) | No | Ulcerative Colitis | 1-9 |
| 127 | Kim Reeves | 9/18/1973 | FL | Northern District of Florida | No | Oklahoma City (OK1020902) | No | Kidney Cancer | 1-9 |
| 128 | Patricia A. Reich | 12/22/1947 | MT | Eastern District of California | No | Sacramento County Water Authority - Laguna/Vineyard (CA3410029) | No | Kidney Cancer | 1-9 |
| 129 | Joseph Repko | 6/17/1957 | TN | Middle District of Pennsylvania | No | Veolia/Suez Mechanicsburg (PA7210028) | No | Kidney Cancer | 1-9 |
| 130 | Edward Rezach | 9/13/1949 | AL | Northern District of Alabama | No | Stow Public Water System (OH7704503) | No | Kidney Cancer | 1-9 |
| 131 | John Richards Jr. | 5/19/1961 | FL | Eastern District of Pennsylvania | No | Aqua PA - Bensalem (PA1090078) | No | Kidney Cancer | 1-9 |
| 132 | Stephanie Risvold | 11/28/1956 | NC | Central District of California | No | City of Orange (CA3010027) | No | Ulcerative Colitis | 1-9 |
| 133 | Rebecca Rivas | 8/17/1955 | TX | Eastern District of California | No | Cal-Water Service Company - Marysville (CA5810001) | No | Kidney Cancer | 1-9 |
| 134 | Beverly Robinson | 7/7/1949 | AZ | Eastern District of California | No | City Of Lincoln (CA3110004) | No | Kidney Cancer | 1-9 |
| 135 | Caroline Rock | 8/25/1997 | WA | Western District of Texas | Yes | City Of Temple (TX0140005) | No | Ulcerative Colitis | 1-9 |
| 136 | Steven Sanderson | 5/4/1983 | AL | Northern District of Alabama | No | Town Of Belmont (MS0710001) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 137 | Frank Scalabrino | 6/16/1950 | SC | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Kidney Cancer | 1-9 |
| 138 | Vincent Sedillo | 10/18/1976 | NM | District of New Mexico | No | City of Thornton (CO0101150) | No | Testicular Cancer | 1-9 |
| 139 | Sean A. Shields | 5/21/1968 | MO | Western District of Missouri | No | Honolulu-Windward-Pearl Harbor Water Company (HI0000331) | No | Kidney Cancer | 1-9 |
| 140 | Antonio Villarreal | 8/22/1996 | SD | District of South Dakota | No | Town Of Little Elm (TX0610035) | No | Testicular Cancer | 1-9 |